UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:22-00395-2** |
| v. | ) | **Judge Richardson** |
| | ) | |
| **SEAN MCCOMBS** | ) | |

## MOTION TO JOIN

Comes now the defendant, Sean McCombs, by and through his counsel of record, David R. Heroux, and herein moves this Honorable Court for leave to join the pleading filed by co-defendant Stout at Docket Entry 30, namely: "MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL AND TO EXTEND THE DEADLINE FOR FILING PRETRIAL MOTIONS." Defendant McCombs is similarly situated with the co-defendant Stout, and for the reasons stated in the co-defendant's motion, the defendant joins in the motion and seeks the same relief. In support of this motion the defendant will file a signed Speedy Trial Waiver once it is received from the jail where the defendant is housed.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

S:/ David R. Heroux
David R. Heroux
545 Mainstream Drive, Ste. 420
Nashville, TN 37228
Heroux@TennesseeDefense.com
(615) 400-9962

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "MOTION TO JOIN" has been electronically sent via e-mail to the following though the Electronic Filing System:

Brooke C. Farzad
Office of the United States Attorney (MDTN)
719 Church Street
Suite 3300
Nashville, TN 37203

Thomas C. Williams
Office of the Federal Public Defender
810 Broadway
Suite 200
Nashville, TN 37203

On this the 25th day of January, 2023.

                                            s/ David R. Heroux
                                            David R. Heroux